# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD TURNER,

    Plaintiff,

vs.

RODGERS,

    Defendant.

Case No. 2:08-cv-01296-PMP-GWF

**ORDER**

**Plaintiff's Motion for Extension of Time (Dkt. #23)**

This matter is before the Court on Plaintiff's Motion for Enlargement of Time to File an Amended Complaint (Dkt. #23), filed on February 19, 2009.

Pursuant to Fed. R. Civ. P. 6(b), extensions of time may be granted for good cause shown. Plaintiff requests an extension of time in which to complete an "Olson review" and file an Amended Complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time to File an Amended Complaint (Dkt. #23) is **GRANTED**. Plaintiff shall file his Amended Complaint on or before **April 29, 2009**.

DATED this 4th day of March, 2009.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**