# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD TURNER,

        Plaintiff,

vs.

RODGERS,

        Defendant.

Case No. 2:08-cv-01296-PMP-GWF

**ORDER**

Second Motion for Extension of Time (Dkt. #25)

This matter is before the Court on Plaintiff's Second Motion for Enlargement of Time to File an Amended Complaint (Dkt. #25), filed on April 16, 2009.

Pursuant to Fed. R. Civ. P. 6(b), extensions of time may be granted for good cause shown. Plaintiff requests an extension of time so that he might review the medical records obtained from a recent "Olson review" before filing an Amended Complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Motion for Enlargement of Time to File an Amended Complaint (Dkt. #25) is **GRANTED**. Plaintiff shall file his Amended Complaint on or before **May 28, 2009**.

DATED this 27th day of April, 2009.

                          **GEORGE FOLEY, JR.**
                          **UNITED STATES MAGISTRATE JUDGE**