# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD TURNER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:08-cv-01296-PMP-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RODGERS, ) | |
| ) | |
| Defendant. ) | |

On November 25, 2009, the Court issued an Order screening Plaintiff's Amended Civil Rights Complaint and allowing Plaintiff to proceed with this action based on his Eighth Amendment claims. (Dkt. #35). The Clerk of the Court served the Court's order on Plaintiff via U.S. mail. (*See* Nov. 25, 2009 Docket Entry). However, on December 4, 2009, the notification regarding the Court's order was returned as undeliverable. (*See* Dec. 4, 2009 Docket Entry).

Pursuant to Local Rule 83-183(b)-2, a party appearing *pro per* "shall keep the Court and opposing parties advised as to his or her current address". If mail directed to a plaintiff *pro per* by the Clerk is returned "and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." *Id.* To date, 88 days have passed since notification regarding the Court's order was returned as undeliverable and Plaintiff has failed to inform the Court of a change in address. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Amended Civil Rights Complaint (Dkt. #34) is **dismissed** without prejudice based on Plaintiff's failure to inform the Court of a change in address. Plaintiff will have **30 days** from the date that this Order is entered to file a second amended complaint and inform the Court of his current address. Failure to comply with this Order will result in the recommendation that this action be dismissed.

DATED this 1st day of March, 2010.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**